# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ERNESTO TORRES RIVERA, et al | |
| Plaintiffs | |
| vs. | Civil 98-2155 (PG) |
| JAMES CLIFFORD, et al | |
| Defendants | |

## ORDER

It appears from the docket of this case that the complaint was filed on October 15, 1998, and that summons were issued on October 16, 1998. No further action having been taken, this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)

