ENTERED ON DOCKET
4/24/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ERNESTO TORRES-RIVERA, ET AL., *
    Plaintiffs, *
     *
    v. *    CIVIL NO. 98-2155(PG)
     *
JAMES CLIFFORD, ET AL., *
    Defendants. *

## JUDGMENT

On April 20, 2000 the Court entered an Order dismissing the case with prejudice for lack of prosecution.

WHEREFORE, judgment is hereby entered **Dismissing the case with prejudice** for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

                            JUAN M. PEREZ-GIMENEZ
                            U.S. District Judge

AO 72A
(Rev. 8/82)